## Commonwealth *v.* East, Appellant.

Argued March 17, 1970. *John W. Packel*, Assistant Defender, with him *Melvin Dildine*, Assistant Defender, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Deputy District Attorney, with him *Carl B. Feldbaum*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

## Commonwealth *v.* Espenlaub, Appellant.

Submitted March 9, 1970. *Mark Woodbury, III*, Assistant Public Defender, for appellant; *Jan M. Wiley*, Assistant District Attorney, and *Harold N. Fitzkee, Jr.*, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.